LAW OFFICE OF JOHN BURRIS
John L. Burris, Esq. (sbn 69888)
Steven R. Yourke, Esq. (sbn 118506)
7677 Oakport St., Suite 1120
Oakland, CA 94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: syourke3@gmail.com

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

BRIAN REED, SUSAN NAVA, guardian ad litem for B.R., a minor,

Plaintiff,

vs.

CITY OF MODESTO, a municipal corporation; Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,

Defendants.

CASE NO.: 11-cv-1083-AWI-GSA

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS AND FOR COMPLETING EXPERT WITNESS DISCOVERY**

Pursuant to this court's scheduling order of November 3, 2011, the deadline for the parties to disclose expert witnesses is July 6, 2012 and to disclose any supplemental experts is August 3, 2012. The deadline for completing discovery of non-experts is September 7, 2012. The deadline for completing expert discovery is October 5, 2012. Trial of the present action is set

for May 14, 2013 and a pretrial conference is set for March 21, 2013.

The parties to this action, by and through their respective counsel, do hereby stipulate and agree to extend the deadlines for disclosure of experts until October 7, one month after close of non-expert discovery, and disclosure of any supplemental experts until October 21, 2012. The parties further stipulate that the deadline for completion of expert discovery be extended until December 7, 2013. The parties believe that such amendment to the schedule is necessary in order to allow them to complete discovery from lay witnesses before undertaking expert disclosure and expert discovery. The parties therefore respectfully request that this Court amend the case schedule accordingly.

Date: June 20, 2012

LAW OFFICE OF JOHN BURRIS

"s/"

By: --------------------------

STEVEN R. YOURKE, ESQ.
JOHN L. BURRIS, ESQ.
Attorney for Plaintiffs

Date: June 20, 2012

OFFICE OF THE CITY ATTORNEY

"/s/"

By: --------------------------

JAMES WILSON, ESQ.
Deputy City Attorney
SUSANA ALCALA WOOD, ESQ.
MODESTO CITY ATTORNEY,
Attorneys for all Defendants

**AMENDED SCHEDULING ORDER**

Pursuant to the stipulation of the parties, the Court's scheduling order is hereby amended as follows: The cut-off date for disclosure of experts for use at trial is extended until October 7, 2012; the cut-off date for disclosure of supplemental experts is extended until October 21, 2012; the discovery cut-off date for expert witness discovery is extended until December 7, 2012. All other orders in the Court's scheduling order issued on November 3, 2011 remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 27, 2012**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE