LAW OFFICE OF JOHN BURRIS
John L. Burris, Esq. (sbn 69888)
Steven R. Yourke, Esq. (sbn 118506)
7677 Oakport St., Suite 1120
Oakland, CA  94621
Phone: (510) 839-5200
Fax: (510) 839-3882

Email: syourke3@gmail.com

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, SUSAN NAVA, guardian ad litem for B.R., a minor,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF MODESTO, a municipal corporation; Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>    Defendants. | CASE NO.: 11-cv-1083-AWI-GSA<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS AND FOR COMPLETING EXPERT WITNESS DISCOVERY** |

    The parties to this action, by and through their respective counsel, do hereby stipulate to amend the case schedule in order to extend the deadlines for completion of discovery, disclosure of experts for use at trial and completion of expert discovery for 60 days. The parties also propose new

dates for the hearing of dispositive motions, for the pretrial conference and for the trial.

The parties have been unable to complete discovery due to the health problems of the plaintiff Brian Reed and to Defendants' difficulties with producing various items of requested discovery, e.g., recorded witness statements.

At present, the following scheduling order is in effect: Discovery cut-off: September 7, 2012; cut-off date for disclosure of expert witnesses for use at trial: October 7, 2012; cut-off date for disclosure of rebuttal experts: October 21, 2012; Cut-of date for completion of expert witness discovery: December 7, 2012; last day to file motions: November 30, 2012; a pretrial conference is set for March 21, 2013; trial is set for May 14, 2013 at 8:30 a.m..

The parties propose the following amended case schedule:
Discovery cut-off date: **November 7, <u>2012</u>**.
Last day to disclose experts for use at trial: **December 7, <u>2012</u>**.
Last day to disclose rebuttal experts: **December 21, <u>2012</u>**.
Cut-off for discovery of expert witnesses: **February 1, 2013**
Last day to file non-dispositive motions: **February 1, 2013**
Last day to file dispositive motions: **March 1, 2013**
Last day to hear dispositive motions: **April 5, 2013.**
Pretrial Conference Date: **May 22, 2013 at 8:30 a.m.**
Trial Date: **August 6, 2013 at 8:30 a.m.**
//
//
//

Respectfully submitted,

Date: September 20, 2012.                LAW OFFICE OF JOHN BURRIS

                                         "/s/" Steven R. Yourke

                                    By:  ---------------------------
                                         _____
                                         STEVEN R. YOURKE, ESQ.
                                         JOHN L. BURRIS, ESQ.
                                         Attorney for Plaintiffs

Date: September 20, 2012.                OFFICE OF THE CITY ATTORNEY

                                         "/s/" James Wilson

                                    By:  ---------------------------
                                         JAMES WILSON, ESQ.
                                         Deputy City Attorney
                                         SUSANA ALCALA WOOD, ESQ.
                                         MODESTO CITY ATTORNEY,
                                         Attorneys for all Defendants

## **ORDER**

IT IS SO ORDERED. The schedule proposed by the parties in the foregoing stipulation is hereby adopted by the Court.

IT IS SO ORDERED.

   Dated:  **September 25, 2012**                **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE