# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN REED et al., | ) | 1:11-cv-01083 AWI GSA |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| CITY OF MODESTO, et al., | ) | |
| Defendants. | ) | |

On June 29, 2011, Plaintiffs, B.R., a minor ("minor"), and Brian Reed (collectively, "Plaintiffs") filed a complaint alleging civil rights violations and related state claims. (Doc. 1). Plaintiffs filed an amended complaint on November 13, 2012, alleging similar claims. (Doc. 37). Both complaints identify Susan Nava as B.R.'s guardian ad litem. However, no petition or motion to appoint Susan Nava as the minor's guardian ad litem was submitted to the Court.

On April 8, 2013, Steven Yourke, Plaintiffs' attorney, submitted an application to appoint Brian Reed as guardian ad litem for B.R. in place of Susan Nava. (Doc. 42). On April 24, 2013, this Court issued an order denying the application without prejudice. The order outlined concerns associated with the application and ordered that Plaintiff's counsel submit a revised Motion to Appoint Guardian ad Litem no later than **May 31, 2013**. (Doc. 43). To date, no

1

motion has been filed, nor has Plaintiff's counsel submitted any information to the Court regarding this issue.

Accordingly, **no later than June 21, 2013**, Plaintiff's counsel shall show cause why sanctions, including monetary sanctions, or dismissal of the minor's claims should not be imposed for a failure to follow this Court's April 24, 2013 order. In the alternative, Plaintiff's counsel shall submit a Motion to Appoint Guardian ad Litem that addresses the Court's concerns **no later than June 21, 2013.**

*Failure to respond to this Order to Show Cause may result in the imposition of sanctions including monetary sanctions, or dismissal of the minor from this action.*

IT IS SO ORDERED.

Dated:   **June 6, 2013**                         /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE