LAW OFFICE OF JOHN BURRIS
John L. Burris, Esq. (sbn 69888)
Steven R. Yourke, Esq. (sbn 118506)
7677 Oakport St., Suite 1120
Oakland, CA  94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: steven.yourke@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, SUSAN REED as guardian ad litem for B.R., a minor,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF MODESTO, a municipal corporation; Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>  Defendants. | CASE NO.: 1:11-CV-01083-GSA<br><br>**APPLICATION TO APPOINT ROXANNE SAYERS AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF, B.R.** |

1.  Plaintiff B. R. is a minor child and daughter of plaintiff BRIAN REED. Her date of birth is August 2, 2000. Due to her minority, B. R. is not competent to represent herself in the present action.

2.  Applicant ROXANNE SAYERS is the adult sister of plaintiff BRIAN REED and the aunt of minor plaintiff B. R., her date of birth is February 9, 1962.

1

3. Ms. SAYERS RESIDES AT 4340 Carpenter Road in Stockton, California, 95215. Her phone number is (209) 608-1430.

4. I believe that Ms. SAYERS is fully competent to act as guardian ad litem for minor plaintiff B. R. in the present action and I request that the Court appoint her as such.

LAW OFFICES OF JOHN L. BURRIS

Dated: June 6, 2013          John L. Burris, Esq.
                             Steven R. Yourke, Esq.

                             ___/s/_____,
                             Attorney for BRIAN REED and B.R., a minor

Dated: _____ 2013

                             x_____
                                  Roxanne Sayers

**CONSENT TO APPOINTMENT AS GUARDIAN AD LITEM**

I declare under penalty of perjury that the foregoing is true and correct.  I consent to the appointment as guardian ad litem for minor plaintiff B. R. pursuant to the instant petition.

Dated: _____, 2013.

                             x_____
                                  Roxanne Sayers

//

//

//

//

3. Ms. SAYERS RESIDES AT 4340 Carpenter Road in Stockton, California, 95215. Her phone number is (209) 608-1430.

4. I believe that Ms. SAYERS is fully competent to act as guardian ad litem for minor plaintiff B. R. in the present action and I request that the Court appoint her as such.

Dated: June 6, 2013

Steven R. Yourke, Esq.

_____
Attorney for BRIAN REED and B.R., a minor

Dated: x 6·18·  2013

*Roxanne Sayers* (signed)
Roxanne Sayers

**CONSENT TO APPOINTMENT AS GUARDIAN AD LITEM**

I declare under penalty of perjury that the foregoing is true and correct. I consent to the appointment as guardian ad litem for minor plaintiff B. R. pursuant to the instant petition.

Dated: x 6·18 , 2013.

*Roxanne Sayers* (signed)
Roxanne Sayers

**Original**

//
//
//
//
//

2

1  //

**ORDER**

THE COURT FINDS THAT IT IS REASONABLE AND NECESSARY TO APPOINT A GUARDIAN AD LITEM FOR THE PERSON NAMED IN THE APPLICATION AS REQUESTED. IT IS HEREBY ORDERED THAT BRIAN REED IS APPOINTED AS THE GUARDIAN AD LITEM FOR B.R. FOR THE REASONS SET FORTH IN THE APPLICATION.

DATED: _____, 2013

_____
Judge, United States District Court