# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED et al., | No. 11-cv-1083 AWI GSA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |
| CITY OF MODESTO, et al., | |
| Defendants. | (Doc. 45) |

On June 21, 2013, Plaintiff submitted an application to appoint Roxanne Sayer to act as the guardian ad litem for B.R., the minor Plaintiff in this action. (Doc. 45). Ms. Sayer is B.R.'s aunt, and the adult sister of Brian Reed, the other Plaintiff in this action.  The Court finds that it is necessary to appoint a guardian ad litem in this case as Plaintiff B.R is only twelve years of age.

Mr. Yourke, Plaintiff's attorney, has indicated that Ms. Sayer is competent to act as the guardian ad litem and Ms. Sayer has agreed to do so.  Accordingly, upon a review of the application, the Motion to Appoint Roxanne Sayer as Guardian ad Litem is GRANTED.

IT IS SO ORDERED.

Dated: __July 1, 2013__     _____/s/ Gary S. Austin_____
                            UNITED STATES MAGISTRATE JUDGE

1