# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED et al., ) | 1:11-cv-01083 AWI GSA |
|     Plaintiff, ) | |
| v. ) | |
| CITY OF MODESTO, et al., ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
|     Defendants. ) | (Doc. 44) |

    On April 8, 2013, Steven Yourke, Plaintiffs' attorney, submitted an application to appoint Brian Reed as guardian ad litem for B.R. in place of Susan Nava. (Doc. 42). On April 24, 2013, this Court issued an order denying the application without prejudice. The order outlined concerns associated with the application and ordered that Plaintiff's counsel submit a revised Motion to Appoint Guardian ad Litem no later than May 31, 2013. (Doc. 43). As of June 6, 2013, no motion had been filed, nor had Plaintiff's counsel submitted any information to the Court regarding this issue.

    On June 7, 2013, this Court issued an Order to Show Cause ordering Mr. Yourke to explain why sanctions should not be imposed, or alternatively that he submit the required motion no later than June 21, 2013. (Doc. 44). Mr. Yourke timely submitted a new application which

1

the Court has granted. Accordingly, the Order to Show Cause issued on June 7, 2013 is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: **July 1, 2013**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE