1

2

3

4

5

6

7                      **UNITED STATES DISTRICT COURT**

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    BRIAN REED et al.,                    )    1:11-cv-01083 AWI GSA
                                            )
              Plaintiff,                    )
11                                          )
         v.                                 )
12                                          )    **ORDER DISCHARGING ORDER TO**
      CITY OF MODESTO, et al.,              )    **SHOW CAUSE**
13                                          )
              Defendants.                   )    (Doc. 44)
14                                          )
                                            )
15    _____)

16

17

18        On April 8, 2013, Steven Yourke, Plaintiffs' attorney, submitted an application to appoint

19    Brian Reed as guardian ad litem for B.R. in place of Susan Nava. (Doc. 42).  On April 24, 2013,

20    this Court issued an order denying the application without prejudice.  The order outlined

21    concerns associated with the application and ordered that Plaintiff's counsel submit a revised

22    Motion to Appoint Guardian ad Litem no later than May 31, 2013.  (Doc. 43).  As of June 6,

23    2013, no motion had been filed, nor had Plaintiff's counsel submitted any information to the

24    Court regarding this issue.

25        On June 7, 2013, this Court issued an Order to Show Cause ordering Mr. Yourke to

26    explain why sanctions should not be imposed, or alternatively that he submit the required motion

27    no later than June 21, 2013. (Doc. 44).   Mr. Yourke timely submitted a new application which

28                                            1

1  the Court has granted.  Accordingly, the Order to Show Cause issued on June 7, 2013 is hereby

2  DISCHARGED.

3      IT IS SO ORDERED.

4      **Dated:**   **July 1, 2013**                    /s/ **Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE