1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    **BRIAN REED and B. R., a minor through**      CASE NO. 1: 11-CV-1083 AWI GSA
     **Roxanne Sayer, her guardian ad litem,**
9                                                   **ORDER DIRECTING THE CLERK OF**
                                                    **THE COURT TO SEND THE PARTIES**
10                                                  **THE COURT'S STANDARD FORM TO**
                      **Plaintiffs,**               **CONSENT TO OR DECLINE**
11        **V.**                                    **MAGISTRATE JUDGE JURISDICTION**

12   **CITY OF MODESTO, RON ZIYA,**                 **ORDER REQUIRING THE PARTIES**
     **CAELI KOEHLER, HARDEN, Chief of**            **TO RETURN THE FORMS WITHIN**
13   **Police in his individualcapacity,**          **TEN DAYS**

14                    **Defendants.**

15

16

17          This action is set for jury trial on May 14, 2014.   At this time, a criminal case and older

18   civil cases are also set for trial on this same date.

19          Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno

20   Division of the Eastern District of California now has the heaviest District Judge caseload in the

21   entire nation.   While the Court will use its best efforts to resolve this case and all other civil cases

22   in a timely manner, the parties are admonished that not all of the parties' needs and expectations

23   may be met as expeditiously as desired.   As multiple trials are now being set to begin upon the

24   same date, parties may find their case trailing with little notice before the trial begins.  The law

25   requires the Court give any criminal case priority over civil trials and other matters.    If multiple

26   trials are scheduled to begin on the same day, this civil trial will be placed on this Court's list of

27   Pending Trailing Trials, and may trail by days, weeks, or months until completion of other

28   matters.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.   The Court will direct the Clerk of the Court to provide the parties the Court's standard form to consent to or decline Magistrate Judge jurisdiction. Within ten days of this order's date of service, the parties shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.

The parties are advised that the same jury pool is used by both United States Magistrate Judges and United States Article III District Judges.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.   Finally, for the parties' information, the Fresno Division, whenever possible, is utilizing United States Article III District Judges from throughout the country as Visiting Judges.   Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

The parties are hereby informed that no substantive rulings or decisions will be affected by whether a party chooses to consent.

Accordingly, the court orders that:

1.      The Clerk of the Court is DIRECTED to provide the parties with the forms that will allow them to consent or decline Magistrate Judge Jurisdiction; and

2.      Within ten days from this order's date of service, the parties shall notify the Court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the Court.

IT IS SO ORDERED.

Dated:   March 5, 2014      _____

SENIOR  DISTRICT  JUDGE