Adam U. Lindgren, Interim City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, CHIEF OF POLICE HARDEN, OFFICER RON ZIYA
and OFFICER CAELI KOEHLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED and B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No:  11-cv-01083-AWI-GSA<br><br>**STIPULATION AND  ORDER CONTINUING TRIAL DATE** |

COMES NOW the parties, by and through their attorneys of record and, subject to the approval of the Court, stipulate to a brief continuance of the trial currently set for May 14, 2014 as follows:

WHEREAS, Plaintiffs filed the above-referenced litigation on or about March 2, 2010;

WHEREAS, Defendants filed an Answer on or about June 29, 2011;

WHEREAS, the above-referenced matter is currently scheduled to begin trial before the Honorable Anthony W. Ishii on May 14, 2014;

///

WHEREAS, Defendants were previously represented by Deputy City Attorney James F. Wilson from the Modesto City Attorney's office at all relevant times, with Mr. Wilson serving as lead counsel for Defendants through the pendency of this matter;

WHEREAS, on or about March 14, 2014, James F. Wilson, Esq. took a leave of absence from the City;

WHEREAS, Mr. Wilson is not anticipated to return to the City Attorney's office but has instead taken the necessary steps to retire from said position;

WHEREAS, the leave of absence and subsequent retirement by Mr. Wilson has resulted in him no longer being able to represent Defendants;

WHEREAS, the parties desire to briefly continue the May 14, 2014 trial in order to allow Defendants to retain new lead counsel and allow said counsel the necessary time to adequately prepare for trial; and

THEREFORE, the parties hereby stipulate and request the Court order as follows:

1. The May 14, 2014 trial be continued to December 9, 2014 as necessary to allow Defendants the opportunity to retain new lead trial counsel and provide an opportunity for said counsel to adequately prepare for trial; and

2. All pending pre-trial dates, including the Pre-trial Conference and all related submissions, shall be rescheduled commensurate with the new trial date.

**IT IS SO STIPULATED.**

Dated:  April 16, 2014              MEYERS, NAVE, RIBACK, SILVER & WILSON

                                    By:           /s/   Kevin E. Gilbert
                                           Kevin E. Gilbert
                                           Attorney for Defendants CITY OF MODESTO, CHIEF
                                           OF POLICE HARDEN, OFFICER RON ZIYA and
                                           OFFICER CAELI KOEHLER

Dated:  April 16, 2014              LAW OFFICE OF JOHN BURRIS

                                    By:           /s/  John Burris
                                           John Burris
                                           Steven R. Yourke
                                           Attorney for Plaintiffs BRIAN REED and B.R., a Minor

2263976.1

**ORDER**

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties and orders as follows:

1. The May 14, 2014 trial is hereby continued to December 9, 2014 as necessary to allow Defendants the opportunity to retain new lead trial counsel and provide an opportunity for said counsel to adequately prepare for trial; and

2. All pending pre-trial dates, including the Pre-trial Conference and all related submissions, shall be rescheduled commensurate with the new trial date; and

3. A further Pre-trial Conference and hearing on any Motions in Limine is hereby scheduled for October 22, 2014 at 8:30 a.m. ; the parties are to submit any updates to the Pre-trial Order filed on April 10, 2014 within the timeframe established by Local Rule 281.

**4. The Court reserves the option of resetting the trial date if the time estimate for trial is more than eight days, as there may be an excessive number of juror hardship claims due to the various winter holiday events that occur around that time frame.**

IT IS SO ORDERED.

Dated:   April 17, 2014                               _____
                                                      SENIOR  DISTRICT  JUDGE