UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**<br><br>(Doc. 66)<br><br>Trial Date:  December 9, 2014 |

On October 16, 2014, Defendants City of Modesto, Chief of Police Michael Harden, and Officers Ron Ziya and Caelli Koehler (collectively, "Defendants") filed a motion to modify the scheduling order, as well as an ex parte application to shorten time for the hearing on the motion. Docs. 65, 66.  In their ex parte application to shorten time, Defendants request that their motion to modify the scheduling order be heard on November 3, 2014, or alternatively, November 13, 2014. Defendants base their request to shorten time on the fact that the trial in this matter is set for December 9, 2014, and a hearing on the parties' motions in limine is set for November 13, 2014.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4817-0604-5727 v1                              - 1 -                    ORDER DENYING *EX PARTE* APPL FOR ORDER
SHORTENING TIME TO HEAR MOTION FOR ORDER
MODIFYING SCHEDULING ORDER

Defendants have not demonstrated good cause to shorten time for the hearing on their motion to modify the scheduling order. *See* Local Rule 144(e). In their underlying motion to modify the scheduling order, Defendants seek to re-open discovery and set new deadlines for dispositive motions. The trial and trial-related hearings referenced by Defendants as the basis for their ex parte application to shorten time were set several months ago, in April 2014. Docs. 60, 63. Defendants have failed to explain why they waited until the eve of trial to bring their motion to modify the scheduling order. Accordingly, Defendants' ex parte application to shorten time for the hearing on their motion to modify the scheduling order is DENIED.

Defendants' motion to modify the scheduling order shall be heard in accordance with Local Rule 230, on November 17, 2014 at 10:30 a.m. in Courtroom 10 (GSA), before the undersigned. Plaintiffs shall file any opposition to the motion to modify the scheduling order no later than November 3, 2014. Any reply brief shall be filed no later than November 10, 2014.

IT IS SO ORDERED.

Dated: **October 17, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-0604-5727 v1     - 2 -     ORDER DENYING *EX PARTE* APPL FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER MODIFYING SCHEDULING ORDER