# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,**<br><br>**Plaintiffs**<br><br>v.<br><br>**CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,**<br><br>**Defendants** | **CASE NO. 1:11-CV-1083 AWI GSA**<br><br>**ORDER REVISING SCHEDULE** |

    The parties have withdrawn all sanctions motions and stipulated to 1) dismissing all claims against Harden and Keohler, 2) dismissing 42 U.S.C. § 1983 claims against the City of Modesto, and 3) permitting certain depositions. Docs 115 and 119. The trial remains set for April 28, 2015, at 8:30 AM in Courtroom 2. The associated deadlines are amended as follows:

    Any additional motions in limine must be filed and served by March 11, 1015. Any opposition must be filed and served by March 25, 2015. If a party does not oppose a motion in limine, that party shall file and serve a statement of non-opposition to that motion in limine. Any reply must be filed by April 2, 2015. The motions in limine hearing and trial confirmation is set for April 13, 2015, at 1:30 PM.

    The parties are directed to file and serve a Trial Brief by April 9, 2015. Any response to a Trial Brief shall be filed and served by April 17, 2015.

    The parties shall file and serve proposed jury instructions and verdict forms by April 16, 2015.

1      Each party must file and serve a final witness list by April 23, 2015.  Each party must file a
2 list of all discovery documents intended for use at trial by April 23, 2015.  Each party may file and
3 serve proposed voir dire question by April 23, 2015.  The parties are ordered to lodge with the
4 Courtroom Clerk a joint agreed summary of the case by April 23, 2015.

IT IS SO ORDERED.

Dated:  February 10, 2015

SENIOR DISTRICT JUDGE