Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendants CITY OF MODESTO and OFFICER RON ZIYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING AND HEARING DATES OF MOTIONS IN LIMINE**<br><br>**CURRENT DATES:**<br>L/D to file MILs: March 11, 2015<br>L/D to file Opps: March 25, 2015<br>L/D to file Replies: April 2, 2015<br>Hearing Date: April 13, 2015, 1:30 p.m.<br><br>**PROPOSED DATES:**<br>L/D to file MILs: April 8, 2015<br>L/D to file Opps: April 13, 2015<br>L/D to file Replies: April 15, 2015<br>Hearing Date: April 20, 2015, 1:30 p.m.<br><br>Hon. Anthony W. Ishii<br><br>Trial: April 28, 2015 |

Plaintiffs BRIAN REED and B.R., through her guardian ad litem, Roxanne Sayers, (hereinafter "Plaintiffs") and Defendants CITY OF MODESTO and OFFICER RON ZIYA (hereinafter "Defendants"), through their counsel of record, hereby stipulate and agree as follows:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4847-4707-5106 v1         - 1 -         STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING DATES OF MOTIONS IN LIMINE

1.  On February 10, 2015, the Court issued an Order [Docket No. 120] setting the following dates:

- Trial:  April 28, 2015, 8:30 a.m., in Courtroom 2
- Any additional motions in limine:  March 11, 2015
- Any opposition:  March 25, 2015
- Any reply:  April 2, 2015
- Hearing on the motions in limine:  April 13, 2015, 1:30 p.m.
- Trial brief:  April 9, 2015
- Any response to a trial brief:  April 17, 1015
- Proposed jury instructions and verdict forms:  April 16, 2015
- Final witness list:  April 23, 2015
- List of all discovery documents for use at trial:  April 23, 2015
- Proposed voir dire questions:  April 23, 2015
- Joint agreed summary of the case:  April 23, 2015

2.  Pursuant to the parties' previous agreement, the parties have scheduled the depositions of eight expert witnesses in this case.  The series of eight expert depositions will commence on March 19, 2015 and conclude on April 6, 2015.  The parties wish to continue the briefing deadlines and the hearing dates for any additional motions in limine to allow these eight expert depositions to be completed prior to the motion in limine filing deadline.

3.  Accordingly, the parties request an Order continuing the filing deadline for any additional motions in limine from March 11, 2015 to April 8, 2015, continuing the deadline to file oppositions from March 25, 2015 to April 13, 2015, continuing the deadline to file reply briefs from April 2, 2015 to April 15, 2015, and continuing the hearing date on any motions in limine and the trial readiness conference from April 13, 2015 to April 20, 2015 at 1:30 p.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 6, 2015 | Law Office of Steven Yourke |
| | By: */s/ Steven R. Yourke*<br>    *[As approved on March 6, 2015]*<br>    Steven R. Yourke |
| | Attorneys for Plaintiffs<br>BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayers |
| Dated:  March 6, 2015 | Burke, Williams & Sorensen, LLP |
| | By: */s/ Nathan A. Oyster*<br>    Susan E. Coleman<br>    Nathan A. Oyster |
| | Attorneys for Defendants<br>CITY OF MODESTO, CHIEF OF POLICE MICHAESL HARDEN, AND OFFICERS RON ZIYA AND CAELLI KOEHLER, MUNICIPAL EMPLOYEES |

**O R D E R**

Having reviewed the parties' Stipulation and finding good cause therefor, it is hereby ORDERED that the briefing and hearing dates on any additional motions in limine are continued as follows:

L/D to file motions in limine:  April 8, 2015

L/D to file oppositions:  April 13, 2015

L/D to file replies:  April 15, 2015

Hearing on Motions in Limine and Trial Readiness Conference:  April 20, 2015, 1:30 p.m.

IT IS SO ORDERED.

Dated:  March 9, 2015                              _____
                                                                    SENIOR DISTRICT JUDGE