JOHN L. BURRIS, ESQ. (State Bar No. 66879)
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com

STEVEN R. YOURKE, ESQ. (State Bar No. 118506)
LAW OFFICE OF STEVEN YOURKE
1048 Larkin Street, No. 11
San Francisco, CA 94109
(415) 424-0022

Attorneys for Plaintiffs

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants CITY OF MODESTO and OFFICER RON ZIYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS OF B.R. AND FOURTH AMENDMENT CLAIMS**<br><br>Trial Date:  April 28, 2015<br>Time:  8:30 a.m.<br>Courtroom:  2<br><br>Hon. Anthony W. Ishii |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-3035-6515 v1

- 1 -

1:11-CV-01083-AWI-GSA
STIPULATION AND ORDER TO DISMISS CLAIMS OF
B.R. AND 14TH AMENDMENT CLAIMS

Plaintiffs BRIAN REED and B.R., through her guardian ad litem, ROXANNE SAYER (hereinafter "Plaintiffs") and Defendants CITY OF MODESTO and OFFICER RON ZIYA (hereinafter "Defendants") hereby stipulate to the following:

1. All claims of B.R., through her guardian ad litem, ROXANNE SAYER, are to be dismissed with prejudice.

2. The second claim for relief, which alleges a violation of the Fourteenth Amendment pursuant to 42 U.S.C. section 1983, is to be dismissed with prejudice.

3. Each side is to bear their own costs and fees as to the dismissal identified in paragraphs 1 and 2.

IT IS SO STIPULATED.

Dated: April 23, 2015

Law Office of John Burris
Law Office of Steven Yourke

By: */s/*
  *[As authorized on*
  John L. Burris
  Steven R. Yourke
Attorneys for Plaintiffs

Dated: April 23, 2015

Burke, Williams & Sorensen, LLP

By: */s/ Nathan A. Oyster*
  Susan E. Coleman
  Nathan A. Oyster

Attorneys for Defendants
CITY OF MODESTO and OFFICER RON ZIYA

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-3035-6515 v1

- 2 -

1:11-CV-01083-AWI-GSA
STIPULATION AND ORDER TO DISMISS CLAIMS OF B.R. AND 14TH AMENDMENT CLAIMS

# **ORDER DISMISSING CLAIMS OF B.R. AND FOURTEENTH AMENDMENT CLAIMS**

Having reviewed the parties' Stipulation to Dismiss Claims of B.R. and Fourteenth Amendment Claims, filed on April 23, 2015, and finding good cause therefor, IT IS HEREBY ORDERED that:

1. All claims of B.R., through her guardian ad litem, ROXANNE SAYER, are hereby dismissed with prejudice.

2. The second claim for relief, which alleges a violation of the Fourteenth Amendment pursuant to 42 U.S.C. section 1983, is hereby dismissed with prejudice.

3. Each side is to bear their own costs and fees as to the dismissal identified in paragraphs 1 and 2.

IT IS SO ORDERED.

Dated:   April 24, 2015

SENIOR DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4812-3035-6515 v1

- 3 -

1:11-CV-01083-AWI-GSA
STIPULATION AND ORDER TO DISMISS CLAIMS OF
B.R. AND 14TH AMENDMENT CLAIMS