UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED

MAY 14 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**   1:11-cv-01083-AWI-GSA

**CASE NAME:**   Reed vs. Ziya

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, reference or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Date:   May 14, 2015                       _____
                                                           SENIOR  DISTRICT  JUDGE

**DATE EXHIBITS RETURNED:**   May 14, 2015

**Pltf Attorneys: John Burris and Steven Yourke**

**Pltf Attorney Signature:** _____

**DATE EXHIBITS RETURNED:**   May 14, 2015

**Deft Attorneys: Susan Coleman and Nathan Oyster**

**Deft Attorney Signature:** _____

This document certifies that the above referenced exhibits were returned.

Date:   May 14, 2015                       _____
                                                           **RENEE GAUMNITZ**
                                                           **Courtroom Clerk**