*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
BRIAN REED,

            Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        1:11-cv-01083-AWI-GSA

CITY OF MODESTO and RON ZIYA,

            Defendants.
_____/
```

Judgment is entered in this action in favor of Plaintiff Brian Reed and against Defendants City of Modesto and Ron Ziya on all plaintiff's remaining claims, in the amount of $100,001.00, according to the verdicts of trial jury returned in open Court May 14, 2015. Plaintiff shall recover his cost of suit.

```
DATED: May 21, 2015                     MARIANNE MATHERLY, Clerk


                                            /s/ RENEE GAUMNITZ
                                        By: Renee Gaumnitz,
                                            Deputy Clerk
```