STEVEN R. YOURKE, ESQ. (SBN 118506)
LAW OFFICE OF STEVEN YOURKE
1048 LARKIN ST., NO. 11
SAN FRANCISCO, CA 94109
(415) 424-0022

JOHN L. BURRIS, ESQ. (SBN 66879)
LAW OFFICE OF JOHN BURRIS
7677 OAKPORT ST., NO. 1120
OAKLAND, CA 94109
(510) 839-5200

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN REED, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-CV-01083-AWI-GSA<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR FILING MOTION TO RECOVER COSTS AND ATTORNEY'S FEES (42 U.S.C. SECTION 1988) AND FOR FILING MOTION FOR NEW TRIAL ON THE ISSUE OF DAMAGES  (FRCP RULE 59)**<br><br>**(LOCAL RULE 144)**<br><br>**HON. ANTHONY W. ISHII<br>COURTROOM: 2** |

　　　　IT IS HEREBY ORDERED THAT Plaintiff's ex parte application to extend time for filing a motion for a new trial on the issues of damages is GRANTED. The time for filing such a

motion is hereby extended for thirty (30) days or until **July 18, 2015**.

Further, Plaintiffs ex parte application to extend the time for filing an application to recover attorney's fees and costs is hereby GRANTED. Plaintiff's application for costs and attorney's fees shall be filed no later than thirty (30) days from the date this Court issues its ruling on Plaintiff's motion for new trial.

IT IS SO ORDERED.

Dated:   May 26, 2015                                  _____
                                                                        SENIOR DISTRICT JUDGE