UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**ORDER CONTINUING THE DEADLINE TO FILE A MOTION PURSUANT TO RULE 59(d) OR RULE 59(e)** |

Having reviewed Defendants' *Ex Parte* Application for a Continuance of the Deadline to file a Motion for New Trial And/Or To Vacate The Judgment and finding good cause therefor, it is hereby ORDERED that the last day for any party to file a motion for new trial and/or to vacate the judgment, pursuant to Rule 59(d) or Rule 59(e), is August 3, 2015.

IT IS SO ORDERED.

Dated:  June 17, 2015                           _____
                                                                SENIOR DISTRICT JUDGE