STEVEN R. YOURKE, ESQ. (SBN 118506)
LAW OFFICE OF STEVEN YOURKE
1048 LARKIN ST., NO. 11
SAN FRANCISCO, CA 94109
(415) 424-0022

JOHN L. BURRIS, ESQ. (SBN 66879)
LAW OFFICE OF JOHN BURRIS
7677 OAKPORT ST., NO. 1120
OAKLAND, CA 94109
(510) 839-5200

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN REED, et al.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-CV-01083-AWI-GSA<br><br>**STIPULATION OF THE PARTIES, DECLARATION OF STEVEN R. YOURKE, AND ORDER ALLOWING PLAINTIFF TO FILE A SUPPLEMENTAL OPPOSITION BRIEF.** |

　　　　The parties to the present action, by and through their respective counsel, do hereby stipulate and agree that Plaintiff may file a supplemental Memorandum of Points and Authorities in Opposition to Defendants' Motion for Judgment as a Matter of Law not to exceed four pages in length and to be filed with this Court no later than today, July 13, 2015, by 5:00 p.m. Such supplemental brief shall be limited to addressing the question of whether Defendant Ron Ziya has waived his right to raise qualified immunity as a defense to Plaintiff's federal civil rights

action. Defendants shall have until July 15, 2015 to file any Reply to Plaintiff's Opposition to Defendants' Motion for Judgment as a Matter of Law or supplemental opposition brief. The hearing on Defendants' motion for judgment as a matter of law shall remain unchanged.

Respectfully submitted,

Dated: July 13, 2015                                  LAW OFFICE OF STEVEN R. YOURKE

/S/ Steven Yourke
_____
Steven R. Yourke, Esq.
Attorney for Plaintiff


BURKE, WILLIAMS et al.

/S/ Nathan Oyster
_____
Nathan Oyster, Esq.
Attorney for Defendants


### DECLARATION OF STEVEN R. YOURKE

I, STEVEN R. YOURKE, ESQ. do hereby declare as follows:

1. I am an attorney duly licensed to practice before this Court and I represent the plaintiff in the above-captioned actions, BRIAN REED.

2. I propose to file a supplement to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Judgment as a Matter of Law that is presently set for hearing before this Court on July 20, 2015.

3. I intend to file such a supplement no later than this afternoon at 5:00 p.m. and it will be limited to the question of whether the Defendant, Police Officer Ron Ziya, has

waived his right to invoke qualified immunity on the grounds of untimeliness and undue prejudice to Plaintiff.

I swear that the foregoing is true and correct under penalty of perjury.

Dated: July 13, 2015

/S/ Steven Yourke

_____
STEVEN R. YOURKE, ESQ.

## ORDER

Pursuant to the stipulation of the parties to this action, it is hereby ordered that Plaintiff is permitted to supplement his opposition brief filed in response to Defendants' motion for judgment as a matter of law, that any such supplement shall be filed no later than July 13, 2015 by 5:00 p.m.; that it shall be limited to briefing the question of whether defendant Police Officer Ron Ziya has waived his right to raise qualified immunity as an affirmative defense to Plaintiff's excessive force claim brought under 42 U.S.C. section 1983. It is further ordered that Defendants shall have until July 15, 2015 to file any Reply to Plaintiff's Opposition to Defendants' Motion for Judgment as a Matter of Law or supplemental opposition brief. The hearing on Defendants' motion for judgment as a matter of law remains unchanged.

IT IS SO ORDERED.

Dated:  July 16, 2015                    _____
                                          SENIOR DISTRICT JUDGE