Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendants CITY OF MODESTO and OFFICER RON ZIYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**ORDER CONTINUING THE DEADLINE FOR ANY PARTY TO FILE A RULE 59 POST-JUDGMENT MOTION**<br><br>Hon. Anthony W. Ishii<br><br>Trial: April 28, 2015 |

Having reviewed the parties' Stipulation and finding good cause therefor, it is hereby ORDERED that the deadline for any party to file a Motion for New Trial and/or Motion to Vacate the Judgment pursuant to Rule 59(d) or Rule 59(e) is 14 days from the date of this Court's Order ruling on Defendants' Renewed Motion for Judgment as a Matter of Law.

IT IS SO ORDERED.

Dated:  July 23, 2015            _____
                                  SENIOR DISTRICT JUDGE