*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

BRIAN REED,

          Plaintiff,

vs.

          AMENDED JUDGMENT IN A CIVIL ACTION

          1:11-cv-01083-AWI-GSA

CITY OF MODESTO and RON ZIYA,

          Defendants.
_____/

Judgment is entered in favor of Plaintiff Brian Reed and against Defendant Ziya on Plaintiff's section 1983 claim in the amount of $100,001.00 and in favor of Plaintiff Brian Reed and against Defendants Ziya and City of Modesto on negligence claim in the amount of $5000.05.

DATED: March 18, 2016          MARIANNE MATHERLY, Clerk

          /s/ RENEE GAUMNITZ
          By:  Renee Gaumnitz,
              Deputy Clerk