# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,**<br><br>**Plaintiffs**<br><br>v.<br><br>**CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,**<br><br>**Defendants** | **CASE NO. 1:11-CV-1083 AWI GSA**<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE LATE COST BILL**<br><br>**(Doc. 276)** |

The deadline for Plaintiff to file a cost bill was April 1, 2016.  Plaintiff was not able to file until April 4, 2016; a staff member had a personal matter that delayed the filing.  Defendants do not object to the late filing and the parties had stipulated to extend the deadline for filing the cost bill. Doc. 274.  Plaintiffs' motion is GRANTED.

IT IS SO ORDERED.

Dated:   April 18, 2016                                             _____
                                                                                            SENIOR  DISTRICT  JUDGE