# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants | CASE NO. 1:11-CV-1083 AWI GSA<br><br>ORDER RE: REQUEST FOR EXTENSION OF TIME |

Plaintiff has requested additional time to file a motion for attorney's fees. Doc. 286. Plaintiff states that the parties have a private mediation session scheduled for June 7, 2016 and asks that he be allowed to file his motion well after that date as resolution of the case would moot the motion. Defendants oppose the request for additional time. Doc. 288. Defendants point out that attorney's fees are the central issue of dispute remaining between the parties. They have asked Plaintiff to provide the number of hours and rate claimed for attorney's fees to facilitate negotiations; Plaintiff has refused to do so. Defendants wish to force Plaintiff into revealing this information prior to their mediation. These negotiations are matters to be resolved by the parties.

Plaintiff's request for an extension of time is GRANTED. Plaintiff must file any motion for attorney's fees by 4:00 PM on July 7, 2016.

IT IS SO ORDERED.

Dated:   May 17, 2016                                        _____
                                                                                  SENIOR DISTRICT JUDGE