UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, *et al.*, | **Case No. 1:11-CV-01083-AWI-GSA** |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| CITY OF MODESTO, *et al.*, | |
| Defendants. | (Doc. 289) |

Plaintiff filed a complaint alleging a violation of civil rights pursuant to 42 U.S.C. § 1983. The case was tried before a jury and on May 21, 2015, a judgment was entered in favor of the Plaintiff. Doc. 221. Plaintiff subsequently filed a Motion for a Partial New Trial on the basis that the jury award of damages was inadequate. Doc. 251. On March 18, 2016, Plaintiff's Motion for a Partial New Trial was denied, but an amended judgment was entered to reflect a change in the amount of damages owed by Defendants. Docs. 272 and 273.

On April 15, 2016, Plaintiff filed a Notice of Appeal, but had not paid the filing fee or filed a motion to proceed in forma pauperis. Doc. 283. On May 12, 2016, the United States Court of Appeals for the Ninth Circuit ordered that Plaintiff file a motion to proceed in forma pauperis, or alternatively, pay the filing fee. Doc. 287. In response to this order, Plaintiff filed the instant Motion to Proceed in Forma Pauperis on May 15, 2016. Doc. 289.

Plaintiff's application has been reviewed. It meets the requirements of Federal Rule of Appellate Procedure 24(a)(1). Plaintiff's Motion to Proceed in Forma Pauperis is GRANTED. The hearing set on Plaintiff's motion currently set for June 27, 2016 at 1:30 PM is VACATED. The Clerk of the Court is directed to serve this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   May 23, 2016                                              /s/ 
                                                    SENIOR  DISTRICT  JUDGE