UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REED, B.R., a minor, by her guardian ad litem, Roxanne Sayer,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation, Chief of Police HARDEN, in his individual capacity; Police Officer RON ZIYA, Police Officer CAELI KOEHLER, in their individual and official capacities,<br><br>Defendants. | Case No. 1:11-cv-01083-AWI-GSA<br><br>**ORDER VACATING AMENDED JUDGMENT AND DISMISSING THIS ACTION WITH PREJUDICE** |

Pursuant to the Stipulation To Vacate Amended Judgment And Dismiss This Action With Prejudice filed by Plaintiff Brian Reed and Defendants City of Modesto and Officer Ron Ziya, IT IS HEREBY ORDERED as follows:

1. The Amended Judgment In A Civil Action, Document No. 273, entered by the Court on March 18, 2016, is hereby vacated.

///

///

///

2. The entire action including all claims against Defendants City of Modesto and Officer Ron Ziya is hereby dismissed with prejudice. Each side is to bear their own attorneys' fees and costs.

<u>The Clerk of the Court is respectfully directed to close this case.</u>

IT IS SO ORDERED.

Dated:   August 19, 2016                              _____
                                                                       SENIOR DISTRICT JUDGE